UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADRECA REID, *individually and as the representative of a class of similarly situated persons*,

                              Plaintiff,

                    v.

UVVU INC. d/b/a SOLAWARE,

                              Defendant.

22-CV-10541 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 19, 2022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. As of today's date, the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

The parties shall submit their joint letter no later than April 20, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      April 7, 2023
            New York, New York

Hon. Ronnie Abrams
United States District Judge