UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

         Case No. 1:22-cv-10541-RA

     Plaintiff,

  - against -

         **NOTICE OF SETTLEMENT**

UVVU INC. d/b/a Solaware,

     Defendant.
------------------------------------------------------------X

  Now comes the Plaintiff, Nadreca Reid, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

  1. The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, the Parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

  2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

  3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
   April 19, 2023

         SHAKED LAW GOUP, P.C.
         Attorneys for Plaintiff

         By: */s/Dan Shaked*_____
          Dan Shaked, Esq.
          14 Harwood Court, Suite 415
          Scarsdale, NY 10583
          Tel. (917) 373-9128
          e-mail: ShakedLawGroup@Gmail.com